JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS VALDEZ PAEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCC-LOMPOC LOW II,<br><br>Respondent. | Case No. 2:23-cv-09989-RGK-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 3/27/2024

_____
R. GARY KLAUSNER
United States District Judge